IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN LISCHEFSKI,** | 2:05-CV-0271 FCD JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **LT. SWEIGERT, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a 30 day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before February 16, 2006.

IT IS SO ORDERED.

Dated: February 13, 2006.

UNITED STATES MAGISTRATE JUDGE

/lisc0271.ext

[Proposed] Order Granting Defendants' First Request for an Extension of Time

1